THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* NORMAN M. BIVENS, a/k/a BUDDY BIVENS, Defendant-Appellant.

(No. 59662;

First District (2nd Division)—August 13, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Paul T. Foxgrover and Ronald P. Alwin, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Mary Ellen Dienes, and Francine Stewart Soliunas, Assistant State's Attorneys, of counsel), for the People.